# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1053.   WILLIS FRANKLIN ROBERSON, III v. SHAWN MARIE WATTS.

We granted Appellant's application for a discretionary appeal from the trial court's order dismissing his notice of appeal in the underlying divorce action. The appeal was docketed on January 8, 2020.[1] Having reviewed the record and the applicable law, we now DISMISS this appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/28/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*

---

[1] The appeal was initially dismissed on January 22, 2020 due to Appellant's apparent failure to file a timely notice of appeal from our order granting his discretionary application. We subsequently granted Appellant's motion for reconsideration of the dismissal, and reinstated the appeal on February 20, 2020.